THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
James L. Young, Appellant,
v.
City of Spartanburg, Respondent.
 
 
 

Appeal From Spartanburg County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2005-UP-271
Submitted April 1, 2005  Filed April 8, 2005

AFFIRMED

 
 
 
Kenneth C. Anthony, Jr., of Spartanburg, for Appellant.
Andrew F. Lindemann, William H. Davidson, and Robert D. Garfield, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  James L. Young appeals from the trial courts grant of directed verdict in favor of the City of Spartanburg on Youngs claim for false arrest/false imprisonment.  We affirm[1] pursuant to Rule 220, SCACR, and the following authorities:  Buckner v. Preferred Mut. Ins. Co., 255 S.C. 159, 161, 177 S.E.2d 544, 544 (1970) (stating an unchallenged ruling, right or wrong, is the law of the case and requires affirmance); Portman v. Garbade, 337 S.C. 186, 190, 522 S.E.2d 830, 832 (Ct. App. 1999) (stating alternative ruling of trial court not excepted to constitute basis for affirming the trial court and is not reviewable on appeal).    
 AFFIRMED.
 GOOLSBY, HUFF, and STILWELL, JJ., concur.  

[1]We decide this case without oral argument pursuant to Rule 215, SCACR.